VIO CHEMICAL CO., Appellant, v. HARTMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by the Vio Chemical Company against Caroline Hartman.

PER CURIAM. Judgment affirmed, with costs. Held, that the plaintiff failed to prove

the cause of action alleged, that the daughter was the agent of the defendant in the execution of the papers, and that there was no proof of partnership between the daughter and the mother.

McLENNAN, P. J., dissents, upon the ground that the defendant, by failure to plead copartnership or joint liability, waived the same.